■ JACK YARMOVE, Appellant, v. RETAIL CREDIT COMPANY, Respondent.— Order, entered on April 29, 1963, granting defendant's motion to vacate plain-

tiff's notice of examination before trial of defendant in a libel action, unanimously reversed, on the law, and on the facts, and the motion to vacate denied, without costs. (*Nomako* v. *Ashton*, 20 A D 2d 331.) Article 31 of the Civil Practice Law and Rules is applicable to pending actions. (CPLR, 10003.) Settle order on notice fixing date for examination to proceed. Concur — Breitel, J. P., McNally, Eager, Steuer and Staley, JJ.